UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE                                              )
                                                   )
CHRISTOPHER KEY and                                ) Chapter 13
BRIDGETTE KEY,                                     ) Case No. 08-80576
                                                   )
        Debtors.                                   )

_____

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**
_____

<u>DEBTORS' OBJECTION TO BANKRUPTCY COURT PROOF OF CLAIM #13
OF CREDITOR eCAST Settlement Corporation, Assignee of HSBC Bank Nevada</u>

Debtors, **CHRISTOPHER & BRIDGETTE KEY**, through counsel, file an objection to the Bankruptcy Court Proof of Claim #13 of Creditor **ECAST SETTLEMENT CORPORATION, ASSIGNEE OF HSBC BANK NEVADA**. In support of their objection, Debtors would state as follows:

1. The Creditors have claimed that the value of the collateral is $3,015.00.

2. The debtors notified the creditors prior to filing bankruptcy that this collateral had been wrecked and was totaled and that its value was nominal at best.

3. The collateral was wrecked for a period of several months prior to the filing of the bankruptcy and HSBC Bank Nevada was aware of this development.

4. Therefore, the value of the collateral is nominal and the claim is not secured and the claim as filed should be disallowed as a secured claim.

5. Alternatively, if the creditor files any response to this objection the debtors will file an amended plan which surrenders this collateral to the creditor who has previously refused to pick up this collateral after it was wrecked.

Case 08-80576    Doc 36    Filed 11/11/10    Entered 11/11/10 09:43:33    Desc Main
                    Document      Page 1 of 2

**WHEREFORE**, Debtors object to this claim and request that the Court:

1. Disallow the Claim #13 of Creditor **ECAST SETTLEMENT CORPORATION, ASSIGNEE OF HSBC BANK NEVADA**; and

2. Grant any other such and further relief as it may deem equitable under the circumstances.

RESPECTFULLY SUBMITTED,

By: /s/ Nick Wooten
Nick Wooten – Bar No. WOO084
(Attorney for Debtors)
PO Box 3389
Auburn, Alabama 36831
Tel. (334) 887-3000
Fax (334) 821-7720

CERTIFICATE OF SERVICE

The undersigned certifies that the a true and correct copy of the foregoing document was served on the following by depositing a copy in the United States Mail, postage prepaid, or via electronic mail on this the 11th day of November, 2010.

All Creditors on the matrix

All parties in interest

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173

/s/ Nick Wooten
Of Counsel