UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  Case No. 08−80576
Chapter 13

Christopher David Key and Bridgette Elaine Key

    Debtors

## ORDER SUSTAINING OBJECTION TO CLAIM(S)

An objection was filed to the claim(s) of *eCAST Settlement Corporation (Claim #13)*. Either a response consenting to the objection was filed or no response has been filed within 30 days of the filing of the objection. Pursuant to LBR 3007−1, it is

**ORDERED** that the objection is **SUSTAINED** and the requested disposition allowed.

    Done this 15th day of December, 2010.

                                                /s/ William R. Sawyer
                                                United States Bankruptcy Judge